ACCEPTED
04-14-00513-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/20/2015 11:36:02 AM
KEITH HOTTLE
CLERK



**Bexar County Public Defender's Office**

Paul Elizondo Tower ◆ 101 W. Nueva St., Suite 370 ◆ San Antonio, TX 78205
Phone: (210) 335-0701 ◆ Fax: (210) 335-0707

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
7/20/2015 11:36:02 AM
KEITH E. HOTTLE
Clerk

July 20, 2015

Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa St., Suite 3200
San Antonio, Texas 78205

> Re:   *Marcos Melendez v. State of Texas*
> Appeal No. 04-14-00513-CR
> Trial Court No. 2013CR7816

To the Honorable Court of Appeals:

Pursuant to TEX. R. APP. P. 48.4 (West 2015), I hereby certify that Assistant Public Defender Angela J. Moore *attempted to notify* the Appellant, Marcos Melendez, of his right to file a *pro se* petition for discretionary review. The notification was sent by certified mail, return receipt requested. However, the letter to Mr. Melendez at his last known address was not claimed. A scanned copy of the envelope is attached. The undersigned attorney supplies the Court with the following information about this case:

Appellate attorney:  Angela J. Moore.
Date of Opinion and Judgment:  May 6, 2015.
Date notification mailed to Appellant: May 13, 2015.
Certified mail number: 7011 1150 0002 0439 2563.
Date return receipt received by the undersigned attorney: N/A.

Sincerely yours,

RICHARD B. DULANY, JR.
Assistant Public Defender

Attachment
/rbd

THE STATE OF TEXAS · COUNTY OF BEXAR

BEXAR COUNTY
APPELLATE PUBLIC DEFENDERS OFFICE
Paul Elizondo Tower · 101 W. Nueva · Suite 310
San Antonio, Texas 78205

Posted
in Def. Date
on 7-13-15.

 UNCLAIMED

CERTIFIED MAIL™

7011 1150 0002 0439 2563

neopost
05/14/2015
US POSTAGE $07.40⁰
ZIP 78205
041L12202049

FIRST-CLASS MAIL

L/a 706
16may205

Mr. Marcos Melendez
1315 NW 19th Street
San Antonio, Texas 78207

UNC

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

ON DELIVERY

A. Signature

X _____  ☐ Agent
                    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

1. Article Addressed to:

marcos Melender
1315 NW 19th St
San Antonio, TX
78205

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail®        ☐ Priority Mail Express™
   ☐ Registered            ☐ Return Receipt for Merchandise
   ☐ Insured Mail          ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Ar   7011 1150 0002 0439 2563
   (T

PS Form 3811, July 2013          Domestic Return Receipt

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE